IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD ANTHONY MOORE** | : | **CIVIL ACTION** |
| **v.** | : | |
| **RANDELL ZOOK, et al.** | : | **NO. 07-1074** |

**O R D E R**

AND NOW, this      day of March, 2007, plaintiff having failed to file a certified copy of his prisoner account statement for the entire six-month period prior to the filing of his complaint in this Court on March 16, 2007, pursuant to 28 U.S.C. § 1915(a),[1] it is hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

2. The Clerk of Court shall CLOSE this case statistically.

**BY THE COURT:**


**/S/ NORMA L. SHAPIRO, J.**

---

[1] Plaintiff must get a certified account statement from any correctional facility in which he was confined during the six-month period from September 16, 2006 to March 16, 2007.